UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Tampa_ Division

## CIVIL RIGHTS COMPLAINT FORM

Christopher P. Allen
1820208

CASE NUMBER: 8:18 cv 2444 T 33 cpt
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

City of Lakeland et-al.
Police Chief ~~Giddons~~
Officer Bardwell
Officer Landry

Officer Derck Gulledge

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Polk County Jail (South County)
(Indicate the name and location)

Po Box 1848, Pinellas Park fla, 33780

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 1/97)   1

2002 © American LegalNet, Inc.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

DC 225 (Rev. 1/97)

2

2002 © American LegalNet, Inc.

  b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (X)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __8__ day of __September__, 20__18__.

_Christopher P. Allen_
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (X)

    If your answer is YES, answer the following questions.

    A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

    B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

    C. If your answer is YES:

        1. What steps did you take? _____

        2. What were the results? _____

        3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

    D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __8__ day of __September__, 20__18__.

_Christopher Allen_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS**:

    A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

    B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1. Parties to previous lawsuit:

            Plaintiff(s): _____

            _____

            Defendant(s): _____

            _____

        2. Court (if federal court, name the district; if state court, name the county):

            _____

        3. Docket Number: _____

        4. Name of judge: _____

        5. Briefly describe the facts and basis of the lawsuit: _____

            _____

            _____

        6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

            _____

            _____

        7. Approximate filing date: _____

        8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_None_

V. PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Christopher P Allen 1820208_

Mailing address: _Polk County Jail_
_Po Box 1848 Pinellas Park Fla 33780_

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _City of Lakeland_

Mailing Address: _228 S Massachusetts Ave_
_Lakeland FL 33801_

Position: _____

Employed at: _____

DC 225 (Rev. 1/97)

6

2002 © American LegalNet, Inc.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher P. Allen
All other names by which you have been known:
ID Number: 1820208
Current Institution: Polk County Jail
Address: Po Box 1848
Pinellas Park, Fla 33780
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: The Chief of Police, City of Lakeland
Job or Title (if known): Chief
Shield Number:
Employer: Lakeland Police Department
Address: 219 N. Massachusetts Ave
Lakeland, Florida 33801
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Officer Bardwell
Job or Title (if known): Lakeland Police Officer
Shield Number: 222
Employer: Lakeland Police Department
Address: 219 North Massachusetts Ave
Lakeland, Florida 33801
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Page 2 of 11

Defendant No. 3
  Name: Officer Landry
  Job or Title (if known): Lakeland Police Officer
  Shield Number:
  Employer: Lakeland Police Department
  Address: 219 North Massachusetts Ave
  Lakeland, Florida 33801
  City / State / Zip Code
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: Officer Derek Gulledge
  Job or Title (if known): Lakeland Police Officer
  Shield Number:
  Employer: Lakeland Police Department
  Address: 219 North Massachusetts Ave
  Lakeland, Florida 33801
  City / State / Zip Code
  [X] Individual capacity   [X] Official capacity

II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th and 8th Amendment, 8th Cruel and Unusual Punishment, 4th excessive force

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Claim 1. 42 U.S.C. 1983 - Individual Police officer's violated My Civil Rights under the 4th and 8th amendment under the U.S. Constitution by use of excessive force.

Claim 2. Negligent Hireing, training and supervision, Police Chief Giddons and the City of Lakeland were negligent in using, establishing or allowing a policy or perocedure that fosterd or encouraged the use of excessive force.

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On May 11th 2018 Plaintiff was stoped by Officer Bardwell on suspicion of driving a stolen truck. Upon stoping the vehicle the Plaintiff exited the vehicle and attemped to flee. Officer Bardwell then fired his tazer at the Plaintiff striking plaintiff in the back and discharging its electric charge. Plaintiff fell and got up and was immediately placed in a choke hold from behind by one of the other defendant officers. The Officer then droped Plantiff to the ground in a sitting position. Officer

Statement of Facts, continued:

Bardwell, Officer Landry and other unknown Officer Began to stricking Plaintiff in his head, torso and limbs. Plantiff lapsed into unconsciusness and is unaware of the extent of the continued beating. At some point Plantiff regain consciusness while the Officers Continued the Beating. Plantiff then lapsed back into unconsciusness. Plantiffs next memory is awakening at Lakeland Regional hospital were Plantiff remained for two days. Plantiff suffered as a result of this vicious and excessive use of force the following injuries, Concussion, Partial Removal of his left ear, Multitle lacerations of his scaop and facial area requiring stitches and staples. As well as a tear of his Right eye. Injury to his cervical spine and lower back, A Torn rotator cuff, Broken Ribs and multiple other contussions and Deep Bruises, as well as at lest one taze-prong embedded in his Back. Plantiff is seeking Recovery of damage for lost income, medical costs "Present and Future" Pain and Suffering, Punitive Damages, Permantent Disfigurement, Permantent Disability, and such other relief as this court shall Deem appropriate.

VIII.  RELIEF REQUESTED:   State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff is seeking recovery of damage for lost income, medical costs "Present and Future" Pain and Suffering, Punitive Damages, Permanent Disfigurement, Permanent Disability, and such other relief as this Court shall Deem appropriate. I'm seeking $5,000,000

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 30th day of August, 2018.

Christopher P. Allen

(Signatures of all Plaintiffs)